IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARMONY DELAIN FRANCES FINLEY, | CASE NO. 1:20-cv-01754-GSA |
| Plaintiff, | MOTION FOR WAIVER OF REQUIREMENT FOR DEFENDANT TO FILE PAPER COPY OF CERTIFIED ADMINISTRATIVE RECORD WITH THE COURT; ORDER |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | (Doc. 12) |

Defendant Andrew Saul, Commissioner of Social Security, hereby moves for waiver of the Court's requirement to file a hard copy of the Certified Administrative Record (Dkt. 5 at 1). Due to the COVID-19 health emergency, Defendant is presently unable to produce a hard copy of the record to comply with the Scheduling Order. Accordingly, the Commissioner respectfully requests that the Court excuse him from the requirement.

Dated: June 18, 2021                    Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

*/s/ Jeffrey J. Lodge*
JEFFREY J. LODGE
Assistant U.S. Attorney

**IT IS SO ORDERED.**


Dated:   **June 21, 2021**          **/s/ Gary S. Austin**
                                     UNITED STATES MAGISTRATE JUDGE

1