1 PHILLIP A. TALBERT
Acting United States Attorney
2 DEBORAH LEE STACHEL, CA SBN 230138
Regional Chief Counsel, Region IX
3 Social Security Administration
ELLINOR R. CODER, CA SBN 258258
4 Special Assistant United States Attorney
  160 Spear Street, Suite 800
5 San Francisco, California 94105
  Telephone: (510) 970-4814
6 Facsimile: (415) 744-0134
  E-Mail: Ellinor.Coder@ssa.gov
7
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| HARMONY DELAIN FRANCES FINLEY, ) | CIVIL NO. 1:20-cv-01754-GSA |
| Plaintiff, ) | |
| v. ) | **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |
| KILOLO KIJAKAZI[1], ) | |
| Acting Commissioner of Social Security, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four. On remand, the Appeals Council will remand the case to an

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

administrative law judge for a new decision.

The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: July 29, 2021        /s/ Francesco P. Benavides*
                            FRANCESCO P. BENAVIDES
                            Attorney for Plaintiff
                            *Authorized via e-mail on July 29, 2021


                            PHILLIP A. TALBERT
                            Acting United States Attorney
                            DEBORAH LEE STACHEL
                            Regional Chief Counsel, Region IX
                            Social Security Administration

                      By:   /s/ Ellinor R. Coder
                            ELLINOR R. CODER
                            Special Assistant United States Attorney

                            Attorneys for Defendant


## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.  On remand, the Appeals Council will remand the case to an administrative law judge for a new decision in accordance with the parties' Stipulation.

The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

1   IT IS SO ORDERED.
2
3       Dated:   **July 30, 2021**                    **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28