UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| HARMONY DELAIN FRANCES FINLEY, ) <br>    Plaintiff, ) <br>   v. ) <br> KILOLO KIJAKAZI[1], ) <br> Acting Commissioner of Social Security, ) <br>    Defendant. ) | CIVIL NO. 1:20-cv-01754-GSA <br><br> **ORDER AWARDING FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT PURSUANT TO STIPULATION** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $6,450.00 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation (Doc. 21).

IT IS SO ORDERED.

Dated:   **August 13, 2021**           **/s/ Gary S. Austin**
                                                            UNITED STATES MAGISTRATE JUDGE